UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MICHELLE PARKER**                             **CIVIL ACTION**

**VERSUS**                                      **NO. 15-6327**

**CECILIA MOUTON ET AL.**                       **SECTION "H"(2)**

### ORDER

More than 120 days have elapsed since the filing of the original complaint in this action and plaintiff has failed to show good cause why service of process has not been effected upon defendant Joseph Busby, M.D.

Accordingly,

**IT IS ORDERED** that defendant Joseph Busby, M.D. is dismissed without prejudice for failure to prosecute and/or in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 3rd day of May, 2016.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**